COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     David Berry v. Faith Temple Ministry International

Appellate case number:   01-19-00290-CV

Trial court case number: 1128507

Trial court:             County Civil Court at Law No. 3 of Harris County

Appellant has filed two motions for emergency relief, one on May 15, 2019, and the second on May 28, 2019. The Court requested a response to the first motion.\

On May 20, 2019, a supplemental clerk's record was filed containing an amended order reducing the supersedeas bond amount from $700,000.00 to $7,000.00. Both of appellant's motions challenge the original order setting the supersedeas bond amount of $700,000.00. Because the bond is no longer set at that amount, appellant's motions are **denied**.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                   ☒  Acting individually    ☐  Acting for the Court


Date:   __June 4, 2019_____